UNITED  STATES  DISTRICT  COURT
SOUTHERN DISTRICT OF NEW YORK

|  | Plaintiff, |
|---|---|
| -v- | Case No._____ |
|  | **Rule 7.1 Statement** |
|  | Defendant. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** _____

_Jordan Greenberger_
**Signature of Attorney**

**Attorney Bar Code:** _____

Form Rule7_1.pdf   SDNY Web 10/2007