UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKETCHWORKS INDUSTRIAL STRENGTH COMEDY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. JACOBS, AS TRUSTEE OF THE JAMES H. JACOBS TRUST, and VANGUARD NATIONAL TRUST COMPANY, N.A., AS TRUSTEE UNDER THE WILL OF WARREN CASEY | Case No. 1:19-cv-7470 (LTS) |

**DEFENDANT VANGUARD NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE WILL OF WARREN CASEY'S JOINDER IN MOTION TO DISMISS <u>FILED BY JAMES H. JACOBS AS TRUSTEE FOR THE JAMES H. JACOBS TRUST</u>**

Defendant Vanguard National Trust Company, as Trustee under the Will of Warren Casey ("VNTC"), by and through its undersigned counsel, hereby joins in the Motion to Dismiss the Amended Complaint Pursuant to Rule 12(b)(1) and accompanying Memorandum of Law filed by James H. Jacobs as Trustee for the James H. Jacobs Trust (the "Jacobs Motion") and moves to dismiss the Amended Complaint for the same reasons set out in the Jacobs Motion. As explained in the Jacobs Motion, Plaintiff's claims for declaratory judgment are moot as the cease and desist letter upon which the Amended Complaint is based was unconditionally withdrawn. The Court therefore lacks subject matter jurisdiction and should dismiss the Amended Compliant pursuant to Rule 12(b)(1). Alternatively, the Court should dismiss the Amended Complaint pursuant to its discretionary authority under the Declaratory Judgment Act. VNTC joins, adopts and incorporates by reference all of the arguments, exhibits and declarations set forth in the Jacobs Motion.

        Respectfully submitted,

        */s/ Kenneth J. King*

        _____
        Kenneth J. King, Esquire
        Pepper Hamilton LLP
        The New York Times Building
        37th Floor
        620 Eighth Avenue
        New York, NY  10018-1405
        (212) 808-2700
        kingk@pepperlaw.com

Dated:  November 8, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant Vanguard National Trust Company, as Trustee Under the Will of Warren Casey's Joinder in Motion to Dismiss Filed by James H. Jacobs as Trustee for The James H. Jacobs Trust was served on this 8th day of November, 2019, by electronic mail upon:

> Jordan D. Greenberger
> J. Greenberg, PLLC
> 500 Seventh Avenue
> 8th Floor
> New York, NY  10018
> jordan@jgreenbergerlaw.com
>
> ***Attorney for Plaintiff***
>
> Howard J. Schwartz, Esquire
> P.O. Box 6344
> Monroe, NJ  08831
>
> ***Attorney for James H. Jacobs, as Trustee of the James H. Jacobs Trust***

> */s/ Kenneth J. King*
> _____
> Kenneth J. King