Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

troutman.com

**Michael E. Baughman**
D 215.981.4964
Michael.Baughman@troutman.com

April 13, 2021

<u>Via ECF</u>

The Honorable Laura Taylor Swain
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** Sketchworks Industrial Strength Comedy, Inc. v. James H. Jacobs, as Trustee of the James H. Jacobs Trust, et al, No. 1:19-cv-7470

Dear Judge Swain:

This letter is filed on behalf of Defendants to request a one week extension to answer the Amended Complaint, which is currently due on April 14, 2021. Plaintiff does not oppose the extension. The Parties are in the process of negotiating a stipulation that would contemplate the filing of an amendment to the complaint concerning the substitution of defendants, and would like the additional week to negotiate and submit that stipulation. No previous requests for an extension have been made. We thank the Court for its consideration of this request.

Respectfully submitted,

Michael E. Baughman

Cc: All Counsel of Record, by ECF