UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SKETCHWORKS INDUSTRIAL STRENGTH COMEDY, INC. | : : : | |
| Plaintiff, | : : | Case No. 1:19-cv-7470 (LTS) |
| v. | : : | |
| JAMES H. JACOBS, AS TRUSTEE OF THE JAMES H. JACOBS TRUST, and VANGUARD NATIONAL TRUST COMPANY, N.A., AS TRUSTEE UNDER THE WILL OF WARREN CASEY | : : : : : | |

**STIPULATION TO DISMISS DEFENDANT VANGUARD NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE WILL OF WARREN CASEY AND FILE AMENDED COMPLAINT TO NAME SPECIAL TRUSTEES UNDER THE WILL OF WARREN CASEY AS DEFENDANTS**

Plaintiff Sketchworks Industrial Strength Comedy, Inc., Defendants Vanguard National Trust Company ("VNTC"), as Trustee Under the Will of Warren Casey and incoming Special Trustees defendants (together "Defendants"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action seeking a declaratory judgment regarding certain copyrights and trademarks concerning the musical *Grease*;

WHEREAS, Defendants represent and warrant that the copyrights and trademarks at issue in this lawsuit are owned by two trusts, the James A. Jacobs Trust and the Warren Casey Trust Under Will;

WHEREAS, the Defendants represent and warrant that: (1) VNTC was appointed as Trustee of the Warren Casey Trust Under Will in December 2015, but it was appointed to act principally as trustee of assets traded on an established securities exchange; (2) therefore,

pursuant to a separate agreement of the same date, five individuals were appointed as Special Trustees who were responsible for administering the Trusts' various copyrights and trademarks associated with the production of *Grease*; and (3) the Special Trustees are Richard Casey, Peggy Ann Adams, Martha Bombardi, Leonard Casey and Linda Casey (together, the "Special Trustees");

WHEREAS, Defendants further represent and warrant that the subject matter of this lawsuit is within the authority of the Special Trustees to manage, rather than VNTC, and VNTC and the Special Trustees have specifically agreed that the Special Trustees are responsible for responding to this litigation on behalf of the Trust; and the Special Trustees have also agreed to be substituted as defendants in this matter so that they can respond to the litigation directly on behalf of the Trust.

WHEREAS, the Parties agree that the Special Trustees should be substituted as the proper defendant to represent the interests of the Warren Casey Trust Under Will.

NOW THEREFORE, the Parties Stipulate and Agree, subject to the Court's approval, as follows:

1. Defendant VNTC is dismissed as a Defendant to this Action, without prejudice and without costs or fees.

2. On or before April 30, 2021, Plaintiff shall file a Second Amended Complaint that names the Special Trustees as defendants as "Trustees of the Warren Casey Trust Under Will", instead of VNTC.

3. The undersigned counsel for Jacob H. Jacobs, as Trustee of the James H. Jacobs Trust, who also represents the Special Trustees, will accept service of the Second

Amended Complaint on behalf of the Special Trustees and the Special Trustees waive any defenses as to personal jurisdiction or subject matter jurisdiction.

4. The Defendants stipulate and agree that The Special Trustees are the proper defendants to respond to this litigation for the Warren Casey Trust Under Will and that there are no other defendants that are properly named as to representing the interest of that trust.

5. An answer to the Second Amended Complaint shall be filed by the Special Trustees no later than fourteen (14) days following the filing of the Second Amended Complaint.

6. The WHEREAS clauses are incorporated by reference herein.

/s/ *Michael E. Baughman*
Michael E. Baughman
TROUTMAN PEPPER HAMILTON SANDERS LLP
*Attorneys for VNTC*
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
Michael.Baughman@troutman.com

/s/ *Jordan Greenberger*
Jordan Greenberger, Esq.
J. Greenberger, PLLC
*Attorney(s) for Plaintiff*
Mailing: 41 Watchung Plaza, #334
Montclair, NJ 07042
NY: 500 7th Ave., 8th Fl., NY, NY 10018
718-502-9555
jordan@jgreenbergerlaw.com

-4-

/s/ *Howard J. Schwartz*
Howard J. Schwartz
HOWARD J. SCHWARTZ, ESQ. LLC
*Attorney(s) for Defendant Jacob H. Jacobs, as Trustee of the James H. Jacobs Trust, and for Incoming Defendants Special Trustees*
5D Rutland Lane
Monroe N.J. 08831
973.214.7665
hjschwartz33@gmail.com

**SO ORDERED**, this ___ day of April, 2021.

_____