Jordan Greenberger, Esq.
J. GREENBERGER, PLLC
*Counsel for Plaintiff*
*Mailing*: 41 Watchung Plaza, #334, Montclair, NJ 07042
NY: 500 Seventh Avenue, 8th Floor, NY, NY 10018
Tel: (718) 502-9555
jordan@jgreenbergerlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKETCHWORKS INDUSTRIAL STRENGTH COMEDY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> JAMES H. JACOBS, AS TRUSTEE OF THE JAMES H. JACOBS TRUST, and RICHARD CASEY, PEGGY ANN ADAMS, MARTHA BOMBARDI, LEONARD CASEY AND LINDA CASEY, AS TRUSTEES OF THE WARREN CASEY TRUST UNDER WILL, <br><br> Defendants. | Case No. 1:19-cv-07470-LTS <br><br> **NOTICE OF MOTION** <br><br> *ORAL ARGUMENT REQUESTED* |

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Jordan Greenberger (with exhibits), dated June 15, 2021, the accompanying memorandum of law, and all prior proceedings herein, plaintiff Sketchworks Industrial Strength Comedy, Inc. ("Sketchworks" or "Plaintiff"), by its undersigned counsel, hereby moves the Court, at the United States Courthouse located at 500 Pearl Street, Courtroom 17C, New York, New York 10007, before the Honorable Laura T. Swain, for an Order: (a) pursuant to Fed. R. Civ. P. 12(c), granting Plaintiff judgment on the pleadings; (b) setting a briefing schedule for Plaintiff to move for its costs and attorney's fees [17 U.S.C. § 505; 15 U.S.C. § 1117(a)]; and (c) granting Plaintiff such other and further relief as the Court deems just.

**PLEASE TAKE FURTHER NOTICE** that the defendants' answering papers, if any, shall be electronically filed and served within fourteen days. *See* S.D.N.Y. Local Civil Rule 6.1(b).

Certification.   Pursuant to Judge Swain's individual practice rule 2(b), Plaintiff's undersigned counsel certifies that Plaintiff has used its best efforts to resolve informally the matters raised in the motion as follows:  Plaintiff sent a pre-motion letter to defendants' counsel on May 17, 2021; defendants' counsel emailed a response on May 24, 2021; the parties' counsel met and conferred on the telephone on June 1 and June 10, 2021; and at various other times in the past the parties have met and conferred concerning the copyright fair use issue.

Dated: June 15, 2021

> J. GREENBERGER, PLLC
> *Counsel for Plaintiff*
>  /s/ Jordan Greenberger
> Jordan Greenberger, Esq.
> *Mailing*: 41 Watchung Plaza, #334, Montclair, NJ 07042
> NY: 500 Seventh Avenue, 8th Floor, NY, NY 10018
> Tel: (718) 502-9555
> jordan@jgreenbergerlaw.com