UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SKETCHWORKS INDUSTRIAL STRENGTH
COMEDY, INC.,

                           Plaintiff,

    -against-                                              19 CIVIL 7470 (LTS)(VF)

## JUDGMENT

JAMES H. JACOBS, et al.,

                           Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 12, 2022, Plaintiff's motion for judgment on the pleadings is granted, in its entirety, and Defendants' cross-motion is denied, in its entirety. The Court hereby declares that the musical play Vape, as documented in the record before the Court, constitutes a parody of the 1978 film version of the musical, Grease, and thus constitutes fair use of the elements of Grease that are used in Vape. Plaintiff is entitled to recover its reasonable attorneys' fees incurred in the prosecution of this action and is hereby directed to file its properly supported motion for such fees within 30 days of the entry of judgment in Plaintiff's favor. Defendants shall have 30 days to file their response, and Plaintiff shall have 15 days to file any reply; accordingly, the case is closed.

**Dated:** New York, New York
          May 16, 2022

                                                                          **RUBY J. KRAJICK**

                                                                            **Clerk of Court**
                                              **BY:**
                                                                            **Deputy Clerk**