The law practice of         **<u>MEMO ENDORSED</u>**

# J. GREENBERGER, PLLC

(718) 502-9555                 Jordan Greenberger, Esq.
www.jgreenbergerlaw.com        jordan@jgreenbergerlaw.com

June 9, 2022

<u>VIA ECF</u>
Hon. Laura Taylor Swain
U.S. District Court, SDNY

            Re:     1:19-cv-07470-LTS-DCF; *Sketchworks Industrial Strength Comedy, Inc. v. Jacobs et al*

Your Honor,

      I represent plaintiff Sketchworks Industrial Strength Comedy, Inc. ("Sketchworks"), and respectfully submit this letter to request a two-week extension of time for Sketchworks to move for its attorney's fees so that the parties may continue their attempt to resolve the issue.  The current deadline to move for attorney's fees is June 15, 2022, which is 30 days from entry of the judgment [Doc. 80].[1]  Plaintiff respectfully requests that its time to move be extended to June 29, 2022.  Defendants' counsel consents to the two-week adjournment.

                Respectfully,

                /s/ Jordan Greenberger_____
                Jordan Greenberger, Esq.

Cc:     Defendants' counsel (via efiling)

      The foregoing request is granted.  Dkt. no. 81 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ, 6/10/2022

---

[1] By Memorandum Opinion and Order entered May 12, 2022 [Doc. 79], the Court granted plaintiff's motion for judgment on the pleadings, declared that the musical play *Vape* is a fair use of *Grease*, and held that "Plaintiff is entitled to recover its reasonable attorneys' fees incurred in the prosecution of this action…".  The Court directed plaintiff "to file its properly supported motion for such fees within 30 days of the entry of judgment in Plaintiff's favor."  On May 16, 2022, the Clerk entered a judgment [Doc. 80] consistent with the Memorandum Opinion and Order.